**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | DANA | | COMISKEY |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | RENE | J | HERRERA |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number (if known): 2:24-bk-20648

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ DANA COMISKEY                   X /s/ RENE J HERRERA
DANA COMISKEY, Debtor 1               RENE J HERRERA, Debtor 2

Date 11/13/2025                       Date 11/13/2025
    MM/ DD/ YYYY                          MM/ DD/ YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules